CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 31 2008

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 3:06-cr-00007-9 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | By: Hon. Norman K. Moon |
| LARRY JOSEPH NICELY. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

ORDERED

that the United States' motion to dismiss is **GRANTED**; Nicely's motion to vacate, set aside, or correct sentence is **DISMISSED**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the defendant and counsel for the United States.

ENTER: This 31st day of October, 2008.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE